STAFFORD *v.* THE STATE.

BECK, P. J. The plaintiff in error was indicted and tried for the offense of murder. The jury returned a verdict of guilty. The motion for a new trial contains only the general grounds. The evidence shows clearly

that the verdict was authorized. The judgment refusing a new trial is therefore *Affirmed. All the Justices concur.*

No. 9246. APRIL 13, 1933.

W. E. Perry and W. A. Morgan, for plaintiff in error.

Lawrence S. Camp, attorney-general, G. C. Spurlin, solicitor-general, and T. R. Gress, assistant attorney-general, contra.

